UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EMMANUEL PIPPINS, TDCJ No. 2472024, § § § *Plaintiff*, § § § v. § § § RICHARDSON Q. RASCO, et al., § § § *Defendants*. § | Civil Action No. 3:24-CV-0926-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). Magistrate Judge David L. Horan recommends dismissing Plaintiff Emanuel Pippins's complaint with prejudice under 28 U.S.C. § 1915A(b) for failure to state a claim. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 13th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1